**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE: REESTABLISHMENT OF THE MAGISTERIAL DISTRICTS WITHIN THE 31st JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA

:   NO. 492

:

:   MAGISTERIAL RULES DOCKET

:

:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 31st Judicial District (Lehigh County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of Magisterial Districts 31-1-02, 31-1-03, 31-1-05, 31-1-06, 31-1-07, 31-1-08, 31-2-02, and 31-3-01, within Lehigh County, to be effective immediately, is granted; and that the Petition, which provides for the elimination of Magisterial District 31-2-03, within Lehigh County, to be effective November 1, 2022, is granted; and that the Petition, which also provides for the realignment of Magisterial Districts 31-3-02 and 31-3-03, within Lehigh County, to be effective November 1, 2022, is also granted. It is further ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 31-1-01, 31-1-04, and 31-2-01, within Lehigh County, to be effective January 1, 2024, is granted; and that the Petition, which provides for the addition of a newly created magisterial district within Lehigh County, to be effective January 1, 2024, is granted. The newly created magisterial district shall be filled in the municipal election of 2023.

Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 31-1-01<br>Magisterial District Judge Linda D. Vega Sirop | City of Allentown, Ward 8 |
| Magisterial District 31-1-02<br>Magisterial District Judge Rashid O. Santiago | City of Allentown, Wards 4, 7, 11 |
| Magisterial District 31-1-03<br>Magisterial District Judge Ronald S. Manescu | City of Allentown, Wards 3, 13, 17, 18 |
| Magisterial District 31-1-04<br>Magisterial District Judge David M. Howells, Jr. | City of Allentown, Wards 12, 19 |
| Magisterial District 31-1-05<br>Magisterial District Judge Michael D. D'Amore | Catasauqua Borough<br>Hanover Township<br>City of Allentown, Wards 14, 15 |
| Magisterial District 31-1-06<br>Magisterial District Judge Amy L. Zanelli | Fountain Hill Borough<br>City of Bethlehem, Wards 10, 11, 12, 13 |
| Magisterial District 31-1-07<br>Magisterial District Judge Todd P. Heffelfinger | Coplay Borough<br>Whitehall Township |
| Magisterial District 31-1-08<br>Magisterial District Judge Michael J. Pochron | City of Allentown, Ward 16<br>Salisbury Township |
| Magisterial District 31-2-01<br>Magisterial District Judge Karen C. Devine | City of Allentown, Wards 1, 2, 5, 9 |
| Magisterial District 31-2-02<br>Magisterial District Judge Jacob E. Hammond | North Whitehall Township<br>South Whitehall Township |
| Magisterial District 31-3-01<br>Magisterial District Judge Thomas C. Creighton | Slatington Borough<br>Heidelberg Township<br>Lowhill Township<br>Lynn Township<br>Washington Township<br>Weisenberg Township |

Magisterial District 31-3-02
Magisterial District Judge Michael J. Faulkner

Alburtis Borough
Lower Macungie Township
Upper Macungie Township


Magisterial District 31-3-03
Magisterial District Judge Daniel C. Trexler

Coopersburg Borough
Emmaus Borough
Macungie Borough
Lower Milford Township
Upper Milford Township
Upper Saucon Township


Magisterial District 31-X-XX
Magisterial District Judge TBD

City of Allentown, Wards 6, 10